Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(*Pro Hac Vice* to be submitted)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
555 12th Street NW
Washington, DC 20004
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com

*Attorneys for Proposed Intervenor Federal Housing Finance Agency*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OPPORTUNITY HOMES, LLC, | CASE NO.: 2:15-cv-000893-APG-GWF |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | **PERMITTING FEDERAL HOUSING FINANCE AGENCY TO INTERVENE AS CONSERVATOR OF THE FEDERAL HOME LOAN MORTGAGE CORPORATION** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendant. | |

1. The Federal Housing Finance Agency ("FHFA" or "Conservator"), as Conservator for Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac"), seeks to intervene in the above-captioned action pursuant to 12 U.S.C. § 4617(b)(2)(A)(i) and Fed. R. Civ. P. 24.

2. On September 6, 2008, FHFA's Director appointed the FHFA as Conservator of Freddie Mac in accordance with the Housing and Economic Recovery Act of 2008, Pub. L. 110-289, 122 Stat. 2654 (codified at 12 U.S.C.§ 4617) ("HERA"), and the Federal Housing Enterprises Financial Safety and Soundness Act of 1992 (12 U.S.C. § 4501, et. seq.).

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10605390.1

3. The FHFA, as Conservator, has succeeded to "all rights, titles, powers, and privileges" of Freddie Mac, including its right to sue and be sued in the federal courts. *See* 12 U.S.C. § 4617(b)(2)(A)(i).

4. Accordingly, FHFA asserts that it has an unconditional federal statutory right to intervene in this matter, *see* Fed. R. Civ. P. 24(a)(1), and to assert its interests in a manner consistent with the Conservator's powers and duties.

5. Pursuant to Fed. R. Civ. P. 24(c), FHFA attaches as **Exhibit A** its intended Answer.

## STIPULATION

FHFA and Plaintiff Opportunity Homes, LLC, through their attorneys of record, hereby stipulate and request that the Court make this stipulation an order of the Court:

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10605390.1

2

The FHFA shall be permitted to intervene in the above-referenced action pursuant to 12 U.S.C. § 4617(b)(2)(A)(i) and Fed. R. Civ. P. 24.

DATED this 22nd day of July, 2015.

**HONG & HONG**

By: /s/ Joseph Y. Hong
Joseph Y. Hong, Esq. (SBN 5995)
10781 West Twain Avenue
Las Vegas, Nevada 89135
Tel: 702-870-1777
yosuphonglaw@gmail.com

*Attorneys for Plaintiff Opportunity Homes, LLC*

**FENNEMORE CRAIG, P.C.**

By: /s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com;  jtennert@fclaw.com
and
**ARNOLD & PORTER LLP**
(*Pro Hac Vice* to be submitted)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.

*Attorneys for Proposed Intervenor Federal Housing Financing Agency*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 23, 2015

10605390.1

3