1   Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
2   FENNEMORE CRAIG, P.C.
    300 E. Second St., Suite 1510
3   Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229
4   lhart@fclaw.com; jtennert@fclaw.com

5   (*Pro Hac Vice* to be submitted)
    Asim Varma, Esq.
6   Howard N. Cayne, Esq.
    Michael A.F. Johnson, Esq.
7   ARNOLD & PORTER LLP
    555 12th Street NW
8   Washington, DC 20004
    Tel: (202) 942-5000   Fax: (202) 942-5999
9   Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com

10  *Attorneys for Intervenor Federal Housing Finance Agency*

11

                    **UNITED STATES DISTRICT COURT**
12                      **DISTRICT OF NEVADA**

13  OPPORTUNITY HOMES, LLC,                      CASE NO.: 2:15-cv-000893-APG-GWF
                        Plaintiff,
14
           vs.
15  FEDERAL HOME LOAN MORTGAGE            **STIPULATION AND**
    CORPORATION,                          **ORDER FOR EXTENSION OF TIME FOR**
16                                        **FREDDIE MAC AND FHFA TO FILE**
                        Defendant,        **THEIR REPLY IN SUPPORT OF THEIR**
17         and                            **MOTION FOR SUMMARY JUDGMENT**
    FEDERAL HOME FINANCE AGENCY, as
18  Conservator for the Federal Home Loan        **FIRST REQUEST**
    Mortgage Corp.,
19
                        Intervenor.
20
    FEDERAL HOME LOAN MORTGAGE
21  CORPORATION,
                        Counterclaimant,
22         and
    FEDERAL HOME FINANCE AGENCY, as
23  Conservator for the Federal Home Loan
    Mortgage Corp.,
24
                        Intervenor,
25         vs.
    OPPORTUNITY HOMES, LLC,
26                      Counter-defendant.

27

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10828760.1

1    Plaintiff/Counter-Defendant, Opportunity Homes, LLC ("Opportunity Homes"),

2    Defendant/Counterclaimant, Federal Home Mortgage Corporation ("Freddie Mac"), and

3    Intervenor, Federal Housing Finance Agency ("FHFA"), by and through their undersigned

4    counsel, hereby agree and stipulate as follows:

5    IT IS HEREBY AGREED AND STIPULATED that the deadline for Freddie Mac and

6    FHFA to file their reply in support of their Motion for Summary Judgment is extended from

7    September 14, 2015 to September 28, 2015.

8    This is the parties' first request for an extension of time regarding the Reply.  This

9    extension is appropriate because counsel for Freddie Mac and FHFA are involved in nearly two

10   /////

11   /////

12   /////

13   /////

14   /////

15   /////

16   /////

17   /////

18   /////

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10828760.1

2

1  dozen related cases pending in this District and are facing deadlines in many of these cases as

2  well.

3        DATED this 14th day of September, 2015.

4

5  **AKERMAN LLP**            **FENNEMORE CRAIG, P.C.**

6  By: /s/ Ariel Stern            By:   /s/   Leslie Bryan Hart

      Ariel E. Stern, Esq. (SBN 8276)          Leslie Bryan Hart, Esq. (SBN 4932)

7        Natalie L. Winslow, Esq. (SBN 12125)    John D. Tennert, Esq. (SBN 11728)

      1160 Town Center Drive, Suite 330       300 E. Second St., Suite 1510

8        Las Vegas, Nevada 89144            Reno, Nevada 89501

      Tel: (702) 634-5000  Fax: (702) 380-8572   Tel: 775-788-2228 Fax: 775-788-2229

9        ariel.stern@akerman.com;            lhart@fclaw.com;   jtennert@fclaw.com

      natalie.winslow@akerman.com

10                                     and

  *Attorneys for Defendant Federal Home*

11  *Loan Mortgage Corporation*

                             **ARNOLD & PORTER LLP**

12  **HONG & HONG**

                             (*Pro Hac Vice* to be Submitted)

13                               Asim Varma, Esq.

  By:     /s/ Joseph Y. Hong           Howard N. Cayne, Esq.

14        Joseph Y. Hong, Esq. (SBN 5995)      Michael A.F. Johnson, Esq.

      10781 West Twain Avenue

15        Las Vegas, Nevada 89135        *Attorneys for Proposed Intervenor Federal*

      Tel: 702-870-1777                 *Housing Financing Agency*

16        yosuphonglaw@gmail.com

17  *Attorneys for Plaintiff Opportunity Homes,*

  *LLC*

18

19

20                          **ORDER**

21                      **IT IS SO ORDERED.**

22

23

24                     UNITED STATES DISTRICT JUDGE

                    Dated:  September 15, 2015.

25

26

27

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10828760.1

3