Ariel E. Stern, Esq. (SBN 8276)
Natalie L. Winslow, Esq. (SBN 12125)
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Tel:  (702) 634-5000; Fax:  (702) 380-8572
ariel.stern@akerman.com; natalie.winslow@akerman.com
*Attorneys for Defendant Federal Home Loan Mortgage Corporation*

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
555 12th Street NW
Washington, DC 20004
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com; Howard.Cayne@aporter.com; Michael.Johnson@aporter.com

*Attorneys for Intervenor Federal Housing Finance Agency*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OPPORTUNITY HOMES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Defendant. | CASE NO.: 2:15-cv-000893-APG-GWF <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING RULING ON MOTIONS FOR SUMMARY JUDGMENT** <br><br> **FIRST REQUEST** |

Plaintiff/Counter-Defendant, Opportunity Homes, LLC ("Opportunity Homes"), Defendant/Counterclaimant, Federal Home Mortgage Corporation ("Freddie Mac"), and Intervenor, Federal Housing Finance Agency ("FHFA"), by and through their attorneys of record, submit the following stipulation for the Court's review and approval.

1    **WHEREAS**, Opportunity Homes filed its motion for summary judgment in the Eighth

2    Judicial District Court of Clark County, Nevada on April 29, 2015.

3    **WHEREAS**, Freddie Mac removed this action to this Court on May 12, 2015. (Dkt. 1.)

4    **WHEREAS**, Freddie Mac and FHFA filed their joint motion for summary judgment on

5    July 23, 2015. (Dkt. 19.)

6    **WHEREAS**, until the Court decides the parties' cross-motions for summary judgment,

7    the parties agree to stay discovery, including the conference, discovery plan and report required

8    by Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Rule 26-1(d) of the Local

9    Rules of Practice for the United States District Court for the District of Nevada ("LR"), and the

10   initial disclosures required by FRCP 26(a).

11   **WHEREAS**, the parties agree that good cause exists to stay discovery in this action

12   because the cross-motions for summary judgment raise a dispositive legal issue, the resolution of

13   which will clarify what, if any, discovery is warranted.

14   **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among

15   the parties, through their undersigned counsel, pursuant to FRCP 26 and LR 6-2, 7-1, and 26-4,

16   that all discovery is stayed pending rulings on the parties' cross-motions for summary judgment.

17   **IT IS FURTHER STIPULATED AND AGREED** that, in the event the Court denies

18   any of the cross-motions, the parties remaining in the above-captioned action after shall conduct

19   the conference required by FRCP 26(f) (the "Rule 26(f) Conference"), and will submit the

20   discovery plan and scheduling order required by FRCP 26(f) and LR 26-1(d) by no later than

21   fourteen (14) days after the Rule 26(f) Conference.

22   **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation is entered into

23   in good faith and not for the purposes of delay, and is not intended to waive any of the

24   substantive or procedural right of the parties.  The parties have not previously requested any

25   ///

26   ///

27   ///

28   ///

extensions of the discovery deadlines.

DATED this 16th day of November, 2015.

| **AKERMAN LLP** | **FENNEMORE CRAIG, P.C.** |
|---|---|
| By: /s/ Natalie L. Winslow<br>Ariel E. Stern, Esq. (SBN 8276)<br>Natalie L. Winslow, Esq. (SBN 12125)<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Tel: (702) 634-5000  Fax: (702) 380-8572<br>ariel.stern@akerman.com;<br>natalie.winslow@akerman.com | By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228 Fax: 775-788-2229<br>lhart@fclaw.com;   jtennert@fclaw.com |

*Attorneys for Defendant Federal Home Loan Mortgage Corporation*

and

**ARNOLD & PORTER LLP**

**HONG & HONG**

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.

By:   /s/ Joseph Y. Hong
Joseph Y. Hong, Esq. (SBN 5995)
10781 West Twain Avenue
Las Vegas, Nevada 89135
Tel: 702-870-1777
yosuphonglaw@gmail.com

*Attorneys for Proposed Intervenor Federal Housing Financing Agency*

*Attorneys for Plaintiff Opportunity Homes, LLC*

**ORDER**

**IT IS SO ORDERED.**

_/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2015